**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1493**

In re:  GREGORY K. CLINTON,

Petitioner.

On Petition for Extraordinary Writ.  (3:17-cr-00005-GMG-RWT-1)

Submitted:  September 24, 2020                    Decided:  September 28, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Gregory K. Clinton, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory K. Clinton, a federal inmate, petitions this court for a writ of error coram nobis pursuant to 28 U.S.C. § 1651(a) and Fed. R. App. P. 21. A writ of error coram nobis can be used to vacate a conviction when there is a fundamental error resulting in conviction and no other means of relief available. *See United States v. Denedo*, 556 U.S. 904, 911 (2009); *United States v. Swaby*, 855 F.3d 233, 238 (4th Cir. 2017). *But see Carlisle v. United States*, 517 U.S. 416, 429 (1996) (noting that "it is difficult to conceive of a situation in a federal criminal case today where a writ of coram nobis would be necessary or appropriate" (alterations and internal quotation marks omitted)).

We conclude that Clinton fails to establish that he is entitled to a writ of error coram nobis. *See United States v. Akinsade*, 686 F.3d 248, 252 (4th Cir. 2012) (setting forth requirements for issuance of writ). Accordingly, we deny his petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*